## Campbell v. Harper *et al.*

APPEAL from Geneva Circuit Court.

Tried before the Hon. JOHN. W. FOSTER.

J. J. MORRIS, for appellant.

M. E. MILLIGAN, *contra*.

This action was brought by the appellant against the appellees and counted upon the breach of a contract. There was judgment for the defendants. Affirmed.
Opinion by HARALSON, J.

---

## Haden v. The State.

APPEAL from Montgomery City Court.

Tried before the Hon. W. S. THORINGTON.

CHARLES WILKINSON, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of the offense of perjury. Affirmed.
Opinion by BRICKELL, C. J.